## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 20-CV-2849-CMA-SKC**

REVIVE INVESTING, LLC, DONNA ANN GABRIELE CHECHELE,

      Plaintiffs,

v.

ARMISTICE CAPITAL MASTER FUND, LTD.,

      Defendant,

and

AYTU BIOSCIENCES, INC.,

      Nominal Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kristen Diane White, a member of this Court in good standing, respectfully enters her appearance as counsel for defendant Armistice Capital Master Fund, Ltd. in the above-captioned action and requests that all pleadings, notices, filings, correspondence and other papers relating to this litigation be served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Armistice Capital Master Fund, Ltd. have in this action.

Dated:  March 10, 2021
       New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ *Kristen Diane White*
Kristen Diane White
One Bryant Park
New York, NY 10036
Telephone: (212) 872-7499
Facsimile: (212) 872-1002
kristen.white@akingump.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2021, the foregoing **NOTICE OF APPEARANCE** was filed via CM/ECF which caused service on all counsel of record, including:

Daniel E. Doherty
D.E. Doherty Law Office, LLC
7300 West 100th Street
Suite 930
Overland Park, KS  66210
Email: de@ddorherty.net

*Counsel for Revive Investing LLC*

James A Hunter
Hunter & Kmiec
42 Stagecoach Road
Pipersville, PA  19947
Email: hunter@hunterkmiec.com

*Counsel for Donna Ann Gabriele Chechele*

Andrea Ahn Wechter
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Wechter.andrea@dorsey.com

*Counsel for Nominal Defendant Aytu BioScience, Inc.*

/s/ *Kristen Diane White*