IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-02849-CMA-~~SKC~~ TPO

REVIVE INVESTING LLC, and
DONNA ANN GABRIELE CHECHELE,

   Plaintiffs,

v.

ARMISTICE CAPITAL MASTER FUND, LTD.,

   Defendant, and

AYTU BIOSCIENCES, INC.,

   Nominal Defendant.

---

## SPECIAL VERDICT FORM

---

   We, the jury, present our Answer to the Question submitted by the Court, to which we have unanimously agreed:

   **Question**: Did Armistice Capital Master Fund Ltd. prove, by a preponderance of the evidence, its affirmative defense that its October 2019 purchases of Aytu stocks and warrants, as referenced in Stipulated Fact 16, were exempt because they were purchases made by a director by deputization?

   Yes __✓__      No _____

   Please sign and date this Verdict Form on the line provided below.

   Date: 1/29/2025            [signature redacted]