# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 20-cv-02849–CMA–SKC**

REVIVE INVESTING LLC
DONNA ANN GABRIELE CHECHELE
*Plaintiffs*
v.

ARMISTICE CAPITAL MASTER FUND, LTD.
*Defendant*
and

AYTU BIOSCIENCES, INC.
*Nominal Defendant*

---

## NOTICE OF APPEAL

---

Plaintiffs REVIVE INVESTING, LLC and DONNA ANNE GABRIELE CHECHELE appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on February 4, 2025, attached hereto as Exhibit A.

Date: March 5, 2025

/s/ Daniel E. Doherty

Daniel E. Doherty
DE DOHERTY LAW OFFICE, LLC
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
**Phone:** 913-338-7182
**Fax:** 913-338-7164
**Email:** ded@ddoherty.net
*Attorney for Plaintiffs, Revive Investing LLC and Donna Ann Gabriele Chechele*

/s/ James A. Hunter

James A. Hunter
42 Stagecoach Rd.
Pipersville, PA 18947
**Phone:** 484-437-5935
**Fax:** 646-462-3356
**Email:** hunter@hunterkmiec.com
*Attorney for Plaintiffs, Revive Investing LLC and Donna Ann Gabriele Chechele*

# Exhibit A

**Judgment**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 20-cv-02849-CMA-TPO

REVIVE INVESTING LLC, and
DONNA ANN GABRIELE CHECHELE,

Plaintiff,

v.

ARMISTICE CAPITAL MASTER FUND, LTD.,

Defendant, and

AYTU BIOSCIENCES, INC.,

Nominal Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdicts. It is

ORDERED that judgment is entered in favor of the Defendant Armistice Capital Masterfund, LTD. and Nominal Defendant Aytu Biosciences, Inc. and against the Plaintiffs Revive Investing LLC and Donna Ann Gabriele Chechele. It is

FURTHER ORDERED that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment,

and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED: February 4, 2025

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ M. Smotts

M. Smotts,
Deputy Clerk